UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>             Plaintiffs,<br><br>      v.<br><br>SHEN JAY FERN, et.al.,<br><br>             Defendants. | Case No. CV 22-3564-CBM (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Plaintiff's IFP status is DENIED and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on Plaintiff at his current address of record.

DATED: SEPTEBER 22, 2022

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

2