**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>            Plaintiffs,<br><br>  v.<br><br>SHEN JAY FERN, et.al.,<br><br>            Defendants. | Case No. CV 22-3564-CBM (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: SEPTEMBER 22, 2022

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE