UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

APR 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>           Plaintiff-Appellant,<br><br>  v.<br><br>SHEN JAY FERN, individual, Deputy District Attorney, official capacity; et al.,<br><br>           Defendants-Appellees. | No.   22-56045<br><br>D.C. No.<br>2:22-cv-03564-CBM-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  TASHIMA, S.R. THOMAS, and KOH, Circuit Judges.

This court has reviewed the notice of appeal filed October 17, 2022 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 98-80627.  Because the appeal is so insubstantial as to not warrant further review, it will not be permitted to proceed.  *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).  Appeal No. 22-56045 is therefore dismissed.

This order, served on the district court for the Central District of California, will constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions will be entertained.

**DISMISSED.**

MF/Pro Se